UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| KATRINA WATTS, *as Administratrix of the Estate of Leon Rucker Jackson*, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) FEDERAL BUREAU OF PRISONS, et al., ) ) ) Defendants. | No. 7:19-CV-113-REW<br><br>JUDGMENT |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered today and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **ENTERS JUDGMENT** in favor of Defendants;

2. **DISMISSES** Plaintiff's § 1983 claims **WITH PREJUDICE**;

3. **DISMISSES** Plaintiff's FTCA claims **WITHOUT PREJUDICE**; and

4. **STRIKES** this matter from the Court's active docket.

This the 17th day of June, 2020.

Signed By:
*Robert E. Wier*  /REW/
United States District Judge